The People of the State of New York, Respondent, v. Rebecca Rothenberg, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. May Smith, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Arthur A. Rath, Respondent, v. Roy H. McNaught, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Claudine Eckert, Appellant, v. Clara M. Truman, Respondent, and George D. Nowland, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.

Herman Friedlander, Respondent, v. John E. Sullivan Company and John E. Sullivan, Appellants,' and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.

Mechanics Bank, Respondent, v. J. Harwood Springer and Another, Defendants, Impleaded with John H. Springer Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

McLeer Electric and Manufacturing Company, Respondent, v. Palmer & Singer Manufacturing Company, Appellant.— Order modified by granting, without condition, defendant's motion for a substitution and a delivery of the papers in this action, and by reducing to the sum of $15,000 the amount of the bond to secure the payment of any judgment which may be recovered in the action as a condition of opening the defendant's default; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred. Order to be settled before Mr. Justice Stapleton.

The People of the State of New York, Respondent, v. Cornelius J. O'Connor, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Max Rich, Respondent, v. Jacob Meurer, Doing Business as Meurer Brothers Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.

Ovadio Varon, Respondent, v. American Manufacturing Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and defendant's motion granted, with ten dollars costs,'and the cause removed to New York county as the county of plaintiff's residence when the action was brought. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.